

# NUMBER 13-09-00220-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN RE:  JESSICA MARIE GARCIA

### On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Yañez, Rodriguez, and Benavides
### Memorandum Opinion Per Curiam[1]

Relator, Jessica Maria Garcia, filed a petition for writ of mandamus in the above cause on April 20, 2009.  On April 22, 2009, the Court entered an order requesting a response to be filed by the real party in interest, Mary Elizabeth Rubio.  Such response was duly filed on May 6, 2009.

The Court, having examined and fully considered the petition for writ of mandamus and the response thereto, is of the opinion that relator has not shown herself entitled to the relief sought.  Accordingly, the petition for writ of mandamus is  DENIED.  *See* TEX. R. APP.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

P. 52.8(a). The real party in interest's motion to strike and for sanctions is likewise

DENIED.

PER CURIAM

Memorandum Opinion delivered and
filed this 14th day of May, 2009.